UNITED STATES TRUST COMPANY OF NEW YORK, Respondent, *v.* FANNIE WOOD et al., Appellants, and LEIGH R. BREWER, Respondent, Impleaded with Others.

*U. S. Trust Co. of New York* v. *Wood,* 146 App. Div. 751, affirmed. (Argued April 1, 1912; decided April 30, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 10, 1911, which affirmed a judgment of Special Term construing the will of Jane C. Mallaby, deceased.

*Thomas G. Prioleau, George W. Tucker, Jr.,* and *William D. Gaillard* for appellants.

*C. S. Guthrie* and *Fay Ingalls* for defendant, respondent.

Judgment affirmed, with costs to respondents payable out of the estate; no opinion.

Concur: CULLEN, Ch. J., · GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.